CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

60 S. Market, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5081
neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO LOPEZ RIVERA,<br><br>Defendant. | Case No. 5:26-cr-00483-PCP<br><br>STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [~~PROPOSED~~] ORDER |

On November 4, 2026, the parties appeared before the Court for an identification of counsel hearing. The Federal Defender's Office informed the Court that it will continue representing Defendant. The Government will provide discovery to the FPD's Office. The Court scheduled a status conference for February 17, 2027.

The parties stipulate and agree that excluding time until February 17, 2027, will allow for the effective preparation and continuity of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from November 4, 2026, to February 17, 2027, from computation under the Speedy Trial Act outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED

CRAIG H. MISSAKIAN
United States Attorney

Dated: November 4, 2026

/s/ Neal Hong
NEAL C. HONG
Assistant United States Attorney

/s/ Jessica Yu
JESSICA YU
Counsel for Defendant

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court will exclude time under the Speedy Trial Act from November 4, 2026, to February 17, 2027. The Court finds that failing to exclude the time from November 4, 2026, to February 17, 2027, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 4, 2026, to February 17, 2027, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 4, 2026, to February 17, 2027, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 12, 2026

Virginia K. DeMarchi

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge